**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 02-6024**

—————————

JOHN HENRY JOHNSON,

Petitioner - Appellant,

versus

JOSEPH M. BROOKS,

Respondent - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-01-851)

—————————

Submitted: March 20, 2002          Decided: April 8, 2002

—————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

John Henry Johnson, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Henry Johnson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Johnson v. Brooks</u>, No. CA-01-851 (E.D. Va. Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>